## DULUTH, SOUTH SHORE & ATLANTIC RAIL-ROAD CO. *v.* MICHIGAN CORPORATION AND SECURITIES-COMMISSION ET AL.

No. 712.   Decided April 20, 1959.

*Henry I. Armstrong, Jr.* and *Louis F. Dahling.* for appellant.

*Paul L. Adams,* Attorney General of Michigan, *Samuel J. Torina,* Solicitor General, and *William D. Dexter,* Assistant Attorney General, for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for certiorari, certiorari is denied.

## WHYTE *v.* COAST CITIES COACHES, INC., ET AL.

No. 747.   Decided April 20, 1959.

*Joseph A. Perkins* for appellant.

PER CURIAM.

The appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for certiorari, certiorari is denied.